# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

151610 & (81)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                         SC: 151610
                                                          COA: 317633
                                                          Macomb CC: 2011-003548-FH
VINCENT RALPH BOSCA,
        Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED in part to permit the defendant to file a supplemental brief. The application for leave to appeal the March 26, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Temelkoski* (Docket No. 150643) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

t1222